1    GARY M. RESTAINO
     United States Attorney
2    District of Arizona

3    COLEEN SCHOCH
     Assistant United States Attorney
4    Georgia State Bar No. 366545
     Two Renaissance Square
5    40 N. Central Ave., Suite 1800
     Phoenix, Arizona 85004
6    Telephone: 602-514-7500
     Email: coleen.schoch@usdoj.gov
7    Attorneys for Plaintiff

FILED ☒ ___ LODGED
___ RECEIVED ___ COPY

JUN 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

8            IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10    United States of America,

11

           Plaintiff,

12

13        vs.

14    1.  Andrew Moon, and
        (Counts 1–78)

15    2.  Manuel Salazar,
        (Counts 1, 79–110)

16

           Defendants.

17

18

No.   CR-22-00700-PHX-DWL (JZB)

**INDICTMENT**

VIO:   18 U.S.C. § 371
(Conspiracy to Make False
Statements in Acquisition of
Firearms and to Deal Firearms
without a License)
Count 1

18 U.S.C. §§ 922(a)(1)(A), 923(a)
and 924(a)(1)(D)
(Dealing Firearms without a License)
Count 2

18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of
a Firearm)
Counts 3–110

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. § 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

24    **THE GRAND JURY CHARGES:**

25                          <u>COUNT 1</u>

26       From on or about July 16, 2021 through on or about March 22, 2022, within the

27    District of Arizona, Defendants ANDREW MOON and MANUEL SALAZAR did

28    knowingly and intentionally combine, conspire, confederate, and agree together and with

1   persons known and unknown to the grand jury, to commit offenses against the United

2   States, that is: to knowingly make false statements and representations to licensed dealers

3   of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to

4   information that the law requires the licensed dealers to keep, in violation of Title 18,

5   United States Code, Section 924(a)(1)(A), and to engage in the business of dealing in

6   firearms without a license, in violation of Title 18, United States Code, Sections

7   922(a)(1)(A), 923(a), and 924(a)(1)(D).

8                          **Purpose of the Conspiracy**

9           The purpose of this conspiracy was to purchase firearms from licensed dealers of

10  firearms by means of false statements and representations, to resell those firearms for

11  profit, and to deliver firearms to Mexico.

12                    **The Means and Methods of the Conspiracy**

13          The means and methods employed by the defendants and their co-conspirators to

14  carry out the conspiracy and effect its unlawful objects are as follows:

15          It was part of the conspiracy that Defendants ANDREW MOON, MANUEL

16  SALAZAR and/or their co-conspirators would purchase multiple firearms of the same

17  make, model, and caliber while employing false statements and representations on the ATF

18  Form 4473.

19          It was a further part of the conspiracy that Defendant MANUEL SALAZAR and/or

20  their co-conspirators would provide the purchased firearms to Defendant ANDREW

21  MOON.

22          It was a further part of the conspiracy that Defendant ANDREW MOON would

23  resell those firearms for profit.

24          It was a further part of the conspiracy that Defendant ANDREW MOON would

25  recruit individuals to purchase firearms from licensed firearms dealers in Arizona and to

26  drive vehicles in which firearms were concealed out of the United States and into Mexico.

27          It was a further part of the conspiracy that Defendants ANDREW MOON,

28  MANUEL SALAZAR and/or their co-conspirators would pack and conceal firearms in

1   vehicles for them to be smuggled into Mexico.

2                                    **Overt Acts**

3        In furtherance of the conspiracy, one or more of the co-conspirators committed, and

4   caused to be committed, the overt acts described below:

5        Between on or about July 16, 2021, through on or about March 22, 2022, Defendant

6   ANDREW MOON, knowingly made a false statement and representation to 18 businesses

7   located in the District of Arizona and licensed under the provisions of Chapter 44 of Title

8   18, United States Code, with respect to information required by the provisions of Chapter

9   44 of Title 18, United States Code, to be kept in the records of those businesses. On 76

10  separate occasions, Defendant ANDREW MOON executed a Department of Justice,

11  Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction

12  Record, containing a statement and representation that he knew to be false.

13       Between on or about September 29, 2021, through on or about March 22, 2022, in

14  the District of Arizona, Defendant MANUEL SALAZAR knowingly made a false

15  statement and representation to 12 businesses located in the District of Arizona and

16  licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect

17  to information required by the provisions of Chapter 44 of Title 18, United States Code, to

18  be kept in the records of that business. On 32 separate occasions, Defendant MANUEL

19  SALAZAR executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and

20  Explosives Form 4473, Firearms Transaction Record, containing a statement and

21  representation that he knew to be false.

22       At the time of the commission of each of these aforementioned overt acts, none of

23  the aforementioned Defendants or their co-conspirators had a license or any other lawful

24  authority to deal in firearms within the meaning of Chapter 44, Title 18, United States

25  Code.

26       All in violation of Title 18, United States Code, Section 371.

27                                    **COUNT 2**

28       On or between July 16, 2021, through on or about March 22, 2022, in the District

of Arizona, Defendant ANDREW MOON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 3 – 78

On or about the dates below, in the District of Arizona, Defendant ANDREW MOON knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ANDREW MOON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that (1) he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address; and (2) he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name |
|---|---|---|
| 3. | July 16, 2021 | Lee Tech (Mesa, Arizona) |
| 4. | August 13, 2021 | Legendary Guns (Phoenix, Arizona) |
| 5. | August 13, 2021 | Lee Tech (Mesa, Arizona) |
| 6. | August 17, 2021 | Lee Tech (Mesa, Arizona) |
| 7. | August 17, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 8. | August 18, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 9. | September 4, 2021 | Lee Tech (Mesa, Arizona) |
| 10. | September 16, 2021 | Legendary Guns (Phoenix, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 11. | September 16, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 12. | September 16, 2021 | Cave Creek Guns (Phoenix, Arizona) |
| 13. | September 17, 2021 | Elite Ordnance (Phoenix, Arizona) |
| 14. | September 22, 2021 | Lee Tech (Mesa, Arizona) |
| 15. | September 29, 2021 | Lee Tech (Mesa, Arizona) |
| 16. | September 29, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 17. | September 30, 2021 | Legendary Guns (Phoenix, Arizona) |
| 18. | October 14, 2021 | Legendary Guns (Phoenix, Arizona) |
| 19. | October 14, 2021 | Lee Tech (Mesa, Arizona) |
| 20. | October 14, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 21. | October 15, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 22. | October 27, 2021 | Lee Tech (Mesa, Arizona) |
| 23. | October 27, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 24. | November 10, 2021 | AMMO A-Z (Phoenix, Arizona) [purchase of one firearm] |
| 25. | November 10, 2021 | AMMO A-Z (Phoenix, Arizona) [purchase of two firearms] |
| 26. | November 10, 2021 | Cave Creek Guns (Phoenix, Arizona) |
| 27. | November 26, 2021 | Arizona State Armory (Peoria, Arizona) |
| 28. | November 26, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 29. | November 26, 2021 | Alpha Dog Firearms (Tempe, Arizona) |
| 30. | December 23, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 31. | December 23, 2021 | Glockmeister (Mesa, Arizona) |
| 32. | December 23, 2021 | Arizona State Armory (Peoria, Arizona) |
| 33. | January 10, 2022 | Refiners Firearms (Anthem, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 34. | January 10, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 35. | January 20, 2022 | Arrow Security (Glendale, Arizona) |
| 36. | January 20, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 37. | January 20, 2022 | Desert Ballistics (Glendale, Arizona) |
| 38. | January 20, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 39. | January 21, 2022 | Robson Armory (Gilbert, Arizona) |
| 40. | January 21, 2022 | ALLARMS LLC (Gilbert, Arizona) |
| 41. | January 21, 2022 | Arizona State Armory (Peoria, Arizona) |
| 42. | January 21, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 43. | January 21, 2022 | Cave Creek Guns (Phoenix, Arizona) |
| 44. | January 21, 2022 | Legendary Guns (Phoenix, Arizona) |
| 45. | February 3, 2022 | Refiners Firearms (Anthem, Arizona) |
| 46. | February 3, 2022 | Arizona State Armory (Peoria, Arizona) |
| 47. | February 3, 2022 | Trip Wire Tactical (Phoenix, Arizona) |
| 48. | February 14, 2022 | Robson Armory (Gilbert, Arizona) |
| 49. | February 14, 2022 | G2A Tactical (Mesa, Arizona) |
| 50. | February 14, 2022 | Refiners Firearms (Anthem, Arizona) |
| 51. | February 14, 2022 | Desert Ballistics (Glendale, Arizona) |
| 52. | February 14, 2022 | Arizona State Armory (Peoria, Arizona) |
| 53. | February 14, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 54. | February 14, 2022 | Defense Department (Gilbert, Arizona) |
| 55. | February 15, 2022 | Glockmeister (Mesa, Arizona) |
| 56. | February 15, 2022 | GCS Armory (Surprise, Arizona) |
| 57. | February 15, 2022 | Trip Wire Tactical (Phoenix, Arizona) |

| Count | Date | Business Name |
|-------|------|---------------|
| 58. | February 15, 2022 | Legendary Guns (Phoenix, Arizona) |
| 59. | February 15, 2022 | Elite Ordnance (Phoenix, Arizona) |
| 60. | February 23, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 61. | February 23, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 62. | February 23, 2022 | G2A Tactical (Mesa, Arizona) |
| 63. | March 7, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 64. | March 7, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 65. | March 7, 2022 | GCS Armory (Surprise, Arizona) |
| 66. | March 7, 2022 | Desert Ballistics (Glendale, Arizona) |
| 67. | March 7, 2022 | Refiners Firearms (Anthem, Arizona) |
| 68. | March 7, 2022 | Arizona State Armory (Peoria, Arizona) |
| 69. | March 8, 2022 | Trip Wire Tactical (Phoenix, Arizona) |
| 70. | March 8, 2022 | Glockmeister (Mesa, Arizona) |
| 71. | March 8, 2022 | G2A Tactical (Mesa, Arizona) |
| 72. | March 22, 2022 | GCS Armory (Surprise, Arizona) |
| 73. | March 22, 2022 | G2A Tactical (Mesa, Arizona) |
| 74. | March 22, 2022 | Glockmeister (Mesa, Arizona) |
| 75. | March 22, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 76. | March 22, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 77. | March 22, 2022 | Arizona State Armory (Peoria, Arizona) |
| 78. | March 22, 2022 | Robson Armory (Gilbert, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 79–110

On or about the dates below, in the District of Arizona, Defendant MANUEL

SALAZAR knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MANUEL SALAZAR did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that (1) he resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address; and (2) he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name |
|---|---|---|
| 79. | September 29, 2021 | Legendary Guns (Phoenix, Arizona) |
| 80. | October 1, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 81. | October 15, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 82. | October 28, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 83. | November 10, 2021 | AMMO A-Z (Phoenix, Arizona) |
| 84. | January 10, 2022 | Refiners Firearms (Anthem, Arizona) |
| 85. | January 20, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 86. | January 21, 2022 | Legendary Guns (Phoenix, Arizona) |
| 87. | February 3, 2022 | Refiners Firearms (Anthem, Arizona) |
| 88. | February 14, 2022 | G2A Tactical (Mesa, Arizona) |
| 89. | February 14, 2022 | Refiners Firearms (Anthem, Arizona) |
| 90. | February 14, 2022 | Desert Ballistics (Glendale, Arizona) |
| 91. | February 14, 2022 | Arizona State Armory (Peoria, Arizona) |
| 92. | February 14, 2022 | AMMO A-Z (Phoenix, Arizona) |

| Count | Date | Business Name |
|---|---|---|
| 93. | February 14, 2022 | Defense Department (Gilbert, Arizona) |
| 94. | February 15, 2022 | Glockmeister (Mesa, Arizona) |
| 95. | February 15, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 96. | February 15, 2022 | GCS Armory (Surprise, Arizona) |
| 97. | February 23, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 98. | February 23, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 99. | March 7, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 100. | March 7, 2022 | Refiners Firearms (Anthem, Arizona) |
| 101. | March 7, 2022 | Desert Ballistics (Glendale, Arizona) |
| 102. | March 7, 2022 | GCS Armory (Surprise, Arizona) |
| 103. | March 7, 2022 | Arizona State Armory (Peoria, Arizona) |
| 104. | March 7, 2022 | AMMO A-Z (Phoenix, Arizona) |
| 105. | March 8, 2022 | Trip Wire Tactical (Phoenix, Arizona) |
| 106. | March 8, 2022 | G2A Tactical (Mesa, Arizona) |
| 107. | March 22, 2022 | Glockmeister (Mesa, Arizona) |
| 108. | March 22, 2022 | Alpha Dog Firearms (Tempe, Arizona) |
| 109. | March 22, 2022 | Robson Armory (Gilbert, Arizona) |
| 110. | March 22, 2022 | AMMO A-Z (Phoenix, Arizona) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 110 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and

upon conviction of the offenses alleged in Counts 1 through 110 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to the following involved and used in the offense:

- Barrett Firearms MFG CO 82A1 Rifle .50 BMG Serial Number AA013995;
- Glock GMBH 43X Pistol .9 Serial Number BTTW484; and
- DPMS Inc. Anvil Rifle 762 Serial Number AVS4700154.

If any of the forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c),

//

//

//

//

//

//

- 10 -

1 | and Rule 32.2, Federal Rules of Criminal Procedure.

2 |                                        A TRUE BILL

3 |

4 |                                        *S/*
     |                                        FOREPERSON OF THE GRAND JURY
     |                                        Date:  June 21, 2022
5 |

6 | GARY M. RESTAINO
     | United States Attorney
7 | District of Arizona

8 |

     | *S/*
9 | COLEEN SCHOCH
     | Assistant U.S. Attorney
10 |

- 11 -